1440

**2003–0657.  State v. Williams.**
Cuyahoga App. No. 47853. This cause is an appeal of right from a decision of the court of appeals under App.R. 26(B) in a case involving the death penalty. Upon consideration of appellant's motion to suspend the Rules of Practice of the Supreme Court of Ohio to allow the filing of additional documents,

IT IS ORDERED by the court that the motion to suspend be, and hereby is, denied.

**2003–0798.  Tacohio Dev., L.L.C. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2003–T–211, 2003–T–213, 2003–T–215 and 2003–T–217. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion for extension of time to file merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before July 17, 2003.

## MISCELLANEOUS DISMISSALS

**2002–0921.  Lawyers Title Ins. Corp. v. Midwest Title Agency, Inc.**
Delaware App. Nos. 01CAE10046 and 01CAE11059, 2002-Ohio-2511. This cause is pending before the court as an appeal from the Court of Appeals for Delaware County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2003–0783.  State ex rel. Plain Dealer Publishing Co. v. Burney.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

[Cite as *06/13/2003 Case Announcements*, 2003-Ohio-3017.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*June 13, 2003*

## MOTION AND PROCEDURAL RULINGS

**2003–0164.  Myers v. Ohio Bur. of Workers' Comp.**
Mahoning App. No. 01CA131, 2003-Ohio-1430. This cause came on for further consideration upon the amicus curiae motion of Industrial Commission of Ohio for leave to file under S.Ct.Prac.R. XI. Upon consideration thereof,

IT IS ORDERED by the court that the motion be, and hereby is, granted, and amicus must file its motion within ten days of the date of this entry.

LUNDBERG STRATTON and O'CONNOR, JJ., dissent.